STATE OF LOUISIANA      *      NO. 2025-K-0470

VERSUS      *      COURT OF APPEAL

ERICK GARRISON      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

*RDJ*

**JOHNSON, J., DISSENTS WITH REASONS**

Considering the great deference afforded to the district court when interpreting an affidavit, I find that the district court did not err in granting the Respondent, defendant Erick Garrison's, motion to suppress evidence where Detective Joseph E. Herman's affidavit is facially deficient in establishing the requisite nexus between the information sought and Garrison's Instagram account. Thus, I respectfully dissent and would deny the writ.